No. 23-15846

---

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE NINTH CIRCUIT

---

DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, AND IVAN CALVO-PEREZ

*Plaintiff-Appellant*,

v.

MICROSOFT CORPORATION, a Washington corporation

*Defendant-Appellee [or Defendant-Appellant]*.

On Appeal from the United States District Court
for the Northern District of California
No. 3:22-cv-08991-JSC
Hon. Judge Jacqueline Scott Corley

---

### APPELLANT'S EXCERPTS OF RECORD
### INDEX VOLUME

---

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800

Joseph M. Alioto Sr.
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-9200

*Attorneys for Appellants Dante Demartini, Curtis Burns Jr., Nicholas Elden, Jessie Galvan, Christopher Joseph Giddings-Lafaye, Steve Herrera, Hunter Joseph Jakupko, Daniel Dermont Alfred Loftus, Beowulf Edward Owen and Ivan Calvo-Perez*

## INDEX

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 1 OF 2** | | | |
| Order Denying Motion for Preliminary Injunction | 5/19/23 | 189 | 1-9 |
| **VOLUME 2 OF 2 - UNDER SEAL** | | | |
| Exhibit K to Plaintiffs' Motion for Preliminary Injunction<br>*(Document Produced in District Court Action)* | 4/24/23 | 133-7 | 10-13 |
| Exhibit A to Plaintiffs' Motion for Preliminary Injunction<br>*(Expert Report of Professor Luis Cabral, Ph.D.)* | 4/24/23 | 134-4 | 14-59 |
| Exhibit F to Plaintiffs' Motion for Preliminary Injunction<br>*(Document Produced in District Court Action)* | 4/24/23 | 134-9 | 60-78 |