| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JUL 14 2023 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DANTE DEMARTINI; et al.,

        Plaintiffs-Appellants,

 v.

MICROSOFT CORPORATION,

        Defendant-Appellee,

———————————————

SONY INTERACTIVE ENTERTAINMENT LLC; BLIZZARD, INC.,

        Intervenors-Pending.

No. 23-15846

D.C. No. 3:22-cv-08991-JSC
Northern District of California,
San Francisco

ORDER

Before: RICHARD C. TALLMAN, SANDRA S. IKUTA, and DANIEL P. COLLINS, Circuit Judges.

The motion for injunctive relief (Docket Entry Nos. 7, 42) is denied. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court).

All other pending motions will be resolved by separate order.

The existing briefing schedule remains in effect.