# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 23-15846

**Case Name:** Dante DeMartini, et al v. Microsoft Corporation

**Hearing Location (*city*):** San Francisco

**Your Name:** Rakesh Kilaru

List the sitting dates for the two sitting months you were asked to review:

Dec. 4-8, 2023
Dec. 11-14, 2023
Jan. 8-12, 2024

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Jan. 10-11, 2024 - Preparatory meeting for February jury trial with multiple participants with finalized travel arrangements and difficult to reconcile schedules.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature:** /s/ Rakesh Kilaru  **Date:** 08/16/2023

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**  *New 12/01/2018*