No. 23-15846

---

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE NINTH CIRCUIT

---

DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, AND IVAN CALVO-PEREZ

*Plaintiff-Appellant*,

v.

MICROSOFT CORPORATION, a Washington corporation

*Defendant-Appellee*.

On Appeal from the United States District Court
for the Northern District of California
No. 3:22-cv-08991-JSC
Hon. Judge Jacqueline Scott Corley

---

### MOTION FOR VOLUNTARY DISMISSAL OF APPELLANTS CURTIS BURNS, JR. AND NICHOLAS ELDEN

---

Joseph R. Saveri
Cadio Zirpoli
David H. Seidel
Kathleen McMahon
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800

Joseph M. Alioto Sr.
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-9200

*Attorneys for Appellants Dante Demartini, Curtis Burns Jr., Nicholas Elden, Jessie Galvan, Christopher Joseph Giddings-Lafaye, Steve Herrera, Hunter Joseph Jakupko, Daniel Dermont Alfred Loftus, Beowulf Edward Owen and Ivan Calvo-Perez*

Pursuant to Rule 42(b)(2) of the Federal Rules of Appellate Procedure, Plaintiffs-Appellants Curtis Burns, Jr. and Nicholas Elden respectfully move the Court for voluntary dismissal of their appeals to the extent it relates to their individual claims and their individual claims alone. This motion is unopposed, and Defendant-Appellee Microsoft agrees with the terms of this dismissal pursuant to Fed. R. App. P. 42(b)(2).

Plaintiff-Appellants Burns and Elden previously gave notice in the District Court of the voluntary dismissal without prejudice of their individual claims against Defendant-Appellee Microsoft on August 7, 2023. *See* ECF No. 241. This voluntary dismissal does not impact the claims against Microsoft or appeals brought by the other named Plaintiffs-Appellants in this matter.

Date: December 3, 2023

*/s/ Joseph R. Saveri*
Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
David H. Seidel (State Bar No. 307135)
Kathleen McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800

Joseph M. Alioto Sr.
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-9200

*Attorneys for Appellants Dante Demartini, Curtis Burns Jr., Nicholas Elden, Jessie Galvan, Christopher Joseph Giddings-Lafaye, Steve Herrera, Hunter Joseph Jakupko, Daniel Dermont Alfred Loftus, Beowulf Edward Owen and Ivan Calvo-Perez*